UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:25-CR-00202-D-BM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| ERMINIO ANTHONY FERRI | ) | |

THIS CAUSE came on to be heard and was heard upon Defendant's Motion to Seal

Docket Entry 51, which is Defendant's Motion to Continue Sentencing. For good cause shown,

Defendant's motion is GRANTED.

The Clerk of Court is DIRECTED to seal Docket Entry 51.

This ___17___ day of March, 2026.

_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE