UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:25-CR-00202-D-BM-1

UNITED STATES OF AMERICA, )
)
)
v. )         ORDER
)
)
ERMINIO ANTHONY FERRI )

On motion of the defendant, and for good cause shown, it is hereby ORDERED that D.E.

61 be sealed until further notice by this Court.

This ___44___ day of April, 2026.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE